UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                        CASE NUMBER 16-21531
REX G. ROLL
BRENDA ROLL                                   CHAPTER 13
                                              JUDGE WISE
DEBTORS

## MOTION TO MODIFY CHAPTER 13 PLAN

Come now the Debtor, by and through their Counsel, Hon. Michael E. Plummer, and moves this Honorable Court to permit them to amend the Chapter 13 Plan, as originally confirmed, on the grounds that the debtor and their mortgage company ( Franklin Credit Management) have entered into an Agreed Order resolving the pending Motion For Relief From Stay. Debtors fell behind post petition and under terms of the Agreed Order the Debtors shall pay the arrearages thru the Chapter 13 Plan.  The Amended Plan, (doc. 41) filed August 9, 2018 adds the appropriate amount to the pool .

Accordingly Movant asks this Honorable Court to grant the Motion to Modify the Plan, and accept the Amended Plan, filed August 9, 2018 as doc. 41.

1.

All other Plan provisions will remain unchanged.

/s/ Michael E. Plummer
MICHAEL E. PLUMMER
Attorney For Debtor
11 West 6th
Covington, Kentucky  41011
(859)  581-5516
(859)  581-5536 facsimile
Plummer50@gmail.com


NOTICE AND OPPORTUNITY TO BE HEARD


Please be advised that the foregoing Motion has been filed with the United States Bankruptcy Court.  Unless a written objection is filed with this Court within 21 days from the date of the service stated below, an Order will be presented to the Court which may be signed granting the relief sought.  Please be advised that if a timely objection is filed, this matter will come on for hearing before the Hon. Tracy Wise, United States Bankruptcy Court for the Eastern Division of Kentucky, 35 West Fifth Street, Covington, Kentucky, 41011 on the 11th day of September, 2018 at the hour of 10:00 AM.

CERTIFICATION

I hereby certify that a copy of the foregoing Motion were mailed to  Hon. John Stonitsch, Assistant U.S. Trustee, Eighth Floor, 100 East Vine Street, Lexington, Kentucky 40507, Hon. Beverly M. Burden, Chapter 13 Office, Post Office Box 2204, Lexington, Kentucky 40508-2204 and all creditors listed on the Chapter 13 Petition's creditor matrix, on this 9th day of August, 2018 via U.S. Mail, Postage Prepaid, and the original to the United States Bankruptcy Clerk, Post Office Box 1111, Lexington, Kentucky 40508-1111.

/s/ Michael E. Plummer
Michael E. Plummer

2.